SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant
ABRAHAM MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 3:08-mj-70527-MAG |
|                                     ) | |
|             Plaintiff,              ) | STIPULATION CONTINUING |
|                                     ) | PRELIMINARY HEARING |
|       vs.                           ) | AND TO FIND EXCLUDABLE |
|                                     ) | TIME, AND [PROPOSED] ORDER |
| ABRAHAM MARTINEZ,                   ) | |
|                                     ) | |
|             Defendant.              ) | |
| _____ ) | Judge: Hon. Elizabeth D. Laporte |

Defendant Abraham Martinez first appeared with his current appointed counsel on August 25, 2008 before the Honorable Joseph C. Spero. At that time, both counsel requested a continuance of the preliminary hearing date, and the defendant agreed to waive time for preliminary hearing, to allow defense counsel to become familiar with the case and prepare for the hearing. Judge Spero found excludable time on that basis, and set the preliminary hearing on September 15, 2008.

The parties appeared before Judge Spero for a bail hearing on August 28, 2008. Since then, counsel for defendant has requested and the government has agreed to provide certain pre-indictment discovery which is needed by defense counsel to prepare a submission to the United States Attorney's Office addressing the potential charges for which the defendant may be indicted. Counsel for the

1 government, AUSA Wilson Leung, will be out of his office between September 2
2 and 5, 2008, and counsel for Mr. Martinez will be out of her office between
3 September 5 and 12, 2008.  This leaves insufficient time for defense counsel to
4 review and consider the discovery, which has not yet been produced due to the
5 holiday, and thus proceeding without a continuance of the preliminary hearing would
6 impair counsel's ability to effectively prepare.
7   Therefore, both parties by and through their counsel agree and stipulate that
8 the preliminary hearing should be continued for an additional two weeks, to
9 September 29, 2008 at 9:30 a.m. to allow defense counsel sufficient time to
10 effectively prepare and to advise her client.  Mr. Martinez is in custody at Santa Rita
11 Jail, and has advised his counsel that he agrees to waive time for the preliminary
12 hearing.
13   It is also hereby stipulated that time under the Speedy Trial Act should
14 continue to be excluded until September 29, 2008, and that the ends of justice shall
15 be served by excluding such time, pursuant to 18 U.S.C. §3161 (h)(8)(A)(iv).
16   IT IS SO STIPULATED.
17
18 DATED: September 3, 2008            /S/ Suzanne A. Luban
                                     SUZANNE A. LUBAN,
19                                   Counsel for Defendant Martinez
20
   / / / /
21
   / / / /
22
   / / / /
23
   / / / /
24
   / / / /
25
   / / / /
26
27
28

DATED: September 4, 2008            /S/ Wilson Leung[1]
WILSON LEUNG
Assistant United States Attorney
Counsel for Plaintiff

_____

For Good Cause Shown, IT IS SO ORDERED.

Dated: _____, 2008
HON. ELIZABETH D. LAPORTE
U.S. Magistrate Judge

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

           /S/ Suzanne A. Luban
SUZANNE A. LUBAN
Counsel for Defendant